[Cite as *In re Parole Determination Involving Indeterminate Sentencing Cases*, 98 Ohio St.3d 164, 2002-Ohio-7085.]

IN RE PAROLE DETERMINATION INVOLVING INDETERMINATE SENTENCING CASES.

[Cite as *In re Parole Determination Cases*, 98 Ohio St.3d 164, 2002-Ohio-7085.]

*Criminal procedure — Parole — In any parole determination involving indeterminate sentencing, the Ohio Parole Authority must assign an inmate the offense category of offenses of conviction — Disposition of cases on authority of Layne v. Ohio Adult Parole Authority.*

(Submitted December 4, 2002 — Decided December 26, 2002.)

_____

{¶1} The following dispositions of currently pending appeals are entered based on our decision in *Layne v. Ohio Adult Parole Auth.*, 97 Ohio St.3d 456, 2002-Ohio-6719, 780 N.E.2d 548.

I

{¶2} The judgments of the courts of appeals in the following cases are reversed, and the causes are remanded to the respective trial courts for further proceedings consistent with *Layne v. Ohio Adult Parole Auth.*, supra:

{¶3} 2001-1659. *Lower v. Ghee* (Aug. 2, 2001), Franklin App. No. 00AP-1349.

{¶4} 2001-1774. *Gearheart v. Ohio Adult Parole Auth.* (Aug. 23, 2001), Fairfield App. No. 01CA28, 2001 WL 1011455.

{¶5} 2002-1042. *Coventry v. Ghee,* Licking App. No. 01CA89, 2002-Ohio-2523, 2002 WL 925209.

II

**{¶6}** The judgments of the courts of appeals in the following cases are affirmed on the authority of *Layne v. Ohio Adult Parole Auth.*, supra:

**{¶7}** 2002-0442. *Randolph v. Ohio Adult Parole Auth.*, Miami App. No. 2001-CA-36, 2002-Ohio-547, 2002 WL 191640.

**{¶8}** 2002-0883. *Tucker v. Ohio Adult Parole Auth.* (Apr. 11, 2002), Cuyahoga App. No. 80134, 2002 WL 568404.

MOYER, C.J., DOUGLAS, RESNICK, F.E. SWEENEY, PFEIFER, COOK and LUNDBERG STRATTON, JJ., concur.

_____